# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Gilbane Federal Joint Venture | ) ASBCA No. 61590 |
| | ) |
| Under Contract No. W9127S-13-D-6000-0002 | ) |

APPEARANCES FOR THE APPELLANT:   Michael A. Branca, Esq.
                  Mark. R. Berry, Esq.
                    Peckar & Abramson, P.C.
                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
                    Engineer Chief Trial Attorney
                  James R. Fisher, Esq.
                    Engineer Trial Attorney
                    U.S. Army Engineer District,
                    Little Rock

## OPINION BY ADMINISTRATIVE JUDGE OSTERHOUT

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,000,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: December 21, 2018

                            
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. Reid Prouty
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61590, Appeal of Gilbane Federal Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2